IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DERRICK McGEE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1056-C |
| | ) | |
| JIMMIE BRUNER, et al., | ) | |
| | ) | |
| Defendants | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on October 3, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted, Defendants' Motion to Dismiss (Dkt. No. 35) is granted, and this action is dismissed with prejudice. Defendants' Motion for Confession of Motion to Dismiss (Dkt. No. 37) and Defendants' Motion to Strike Discovery and Dispositive Motion Deadlines (Dkt. No. 38) are denied as moot.

IT IS SO ORDERED this 30th day of October, 2008.

ROBIN J. CAUTHRON
United States District Judge